# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT J. SANCHEZ, | No. 4:18-CV-02110 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SCI-CAMP HILL, | |
| Defendant. | |

## ORDER

### JANUARY 31, 2019

On January 11, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation[1] recommending that this Court dismiss Plaintiff's Complaint.[2] No timely objections were filed to this Report and Recommendation, and this Court has reviewed it and found no clear error on the face of the record.[3]

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 19, is **ADOPTED IN ITS ENTIRETY**, and Plaintiff's Complaint, ECF No. 2, is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] ECF No. 19.
[2] ECF No. 2.
[3] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).